# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00247-CV

### Elizabeth Rodriguez, Appellant

### v.

### Joseph Benavidez, Appellee

---

**FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**NO. 91180, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 27, 2021. On November 9, 2021, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by November 19, 2021, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Prosecution

Filed: December 17, 2021